### JOHNSON *vs.* RENFROE & McCRARY.

1. Where no exception is made to the charge or other ruling of the court on the trial, and the motion for a new trial is grounded alone on the position that the verdict is contrary to the evidence and the law of the case and charge of the court, and the law was fairly presented to the jury, and they have passed on the facts, the stat-

ute vests in the superior court the discretion to grant or refuse a new trial, and unless that discretion be abused, this court has no legal power to interfere.

2. This is an action for deceit in that the agent of the plaintiff in error made knowingly false and fraudulent representations to induce the purchase of the mules, under sections 2958 and 2199 of the Code. In such a case, which involves fraud, in that it is "subtle in itself and slight circumstances may be sufficient to carry conviction of its existence," under section 2751 of the Code, it is peculiarly the province of the jury to pass on those circumstances. Judgment affirmed.

April 8, 1884. (Head-notes by the court.)

JACKSON, Chief Justice.

---

April 25, 1884.

JACKSON, Chief Justice.